ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 8:45:19 AM
Pam Estes
CLERK

## CAUSE NO. 12-14-00158-CR

| | | |
|---|---|---|
| RICKY NEAL, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| | § | |
| V. | § | 12ᵗʰ JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/14/2015 8:45:19 AM
PAM ESTES
Clerk

---

## STATE'S FINAL MOTION FOR EXTENSION OF TIME
## FOR LATE FILING OF THE STATE'S BRIEF

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A. The case was originally disposed of by a jury trial in the 7ᵗʰ District Court of Smith County, Texas, the Honorable Kerry Russell, judge presiding.

B. The trial court cause number was 007-10505-13, and the case was styled *The State of Texas v. Ricky Neal.*

C. Appellant was convicted of the offense of Murder and the jury assessed a Life sentence of incarceration.

D. On May 8, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before September 8, 2015.

E. There have been seven extensions of time granted, two for the filing of the appellate record and five for the filing of Appellant's brief. There have been three prior extensions granted to the State.

F. Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of three (3) days to allow the State an opportunity for timely filing its reply brief on or before September 11, 2015.

G. The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. Since the last State's motion for time was filed, I received the record of the trial in this case on August 13, 2015. I worked steadily on this case and others since that time.

My office is currently in the middle of a capital murder trial in *State v. James Calvert*, Cause No. 241-1467-12, in the 241st District Court. During the preparation of the State's reply brief in this case I have been asked several times to research issues arising in that trial.

I have also had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1. 241-0982-14-A, *Ex parte Raibon*, State's supplemental answer completed on 08/18/15.

2. 12-15-00088-CR, *Lynch v. State*, State's reply brief completed on 08/20/15.

3. 12-15-00059-CR, *Cooks v. State*, State's reply brief completed on 08/21/15.

4. 12-14-00176-CR, *Mumphrey v. State*, State's reply brief completed on 08/26/15.

5. 12-14-00355-CR, *Powell v. State*, State's reply brief completed on 08/28/15.

6. 241-81582-99-A thru 241-81584-99-A, *Ex parte Rosales*, State's proposed findings of fact and conclusions of law completed on 09/02/15.

7. 241-1467-12, *Calvert v. State*, State's proposed findings of fact on motion to suppress recorded oral statement of the defendant completed on 09/02/15.

8. 241-1467-12, *Calvert v. State*, State's response to motion to suppress evidence from defendant's vehicle completed on 09/03/15.

H.   This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief. No further delay will be required as the State's reply brief has been electronically filed with the Court.

I.   The State has a great interest in affirming the judgement of the 7th District Court in this case.

J.   I could not file this motion with the brief as the brief was filed after 5:00 on Friday, September 11, 2015, and I did not have access to a notory at that time.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before September 11, 2015, the date it was electronically filed with the Court.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

# VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _September 14, 2015_, personally appeared _Michael J West_, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

PERLA YVETH NAVARRO
Notary Public
State of Texas
My Comm. Expires 06-15-2019

NOTARY PUBLIC - State of Texas

## CERTIFICATE OF SERVICE

On _September 14, 2015_, at true and complete copy of this instrument has been electronically served to:

Mr. G. J. Smith
Attorney at Law
2000 E. Lamar Blvd., Ste. 330
Arlington, Texas 76006

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)